UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. IFEOMA EZEKWO,

                    Plaintiff,

-against-

SPECIALIZED LOAN SERVICING,

                    Defendant.

23-CV-1141 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is proceeding *pro se*, filed this complaint on February 9, 2023, and paid the filing fees. By order dated November 19, 2023, the Court dismissed the Second Amended Complaint for failure to comply with federal pleading rules, and granted Plaintiff 30 days to file a Third Amended Complaint. (ECF 6.) That order specified that failure to comply within the time allowed would result in dismissal of the action. Plaintiff has not filed a Third Amended Complaint.[1] Accordingly, the matter is dismissed, for the reasons set forth in the November 19, 2023 order, under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Plaintiff instead filed another complaint against this same Defendant, for which she paid the filing fees. *See Ezekwo v. Specialized Loan Servicing*, ECF 1:23-CV-10392, 1. The Court will address that complaint in a separate order.

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:  January 22, 2024
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge